1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10
11

CHRIS KOHLER,

Case No. 2:10-cv-04685-AHM (AGRx)

12

Plaintiff,

13

v.

ORDER RE: JOINT
STIPULATION FOR DISMISSAL
OF PLAINTIFF'S COMPLAINT

14

OLEANDERS CAPITAL GROUP, LLC, et al.,

15
16

Defendants.

_____/

17

AND RELATED CROSS-ACTION.

18

_____/

19
20

        Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff

21

Chris Kohler and defendant Rite Aid Corp. dba Rite Aid #05728,

22

        IT IS HEREBY ORDERED that plaintiff's complaint and claims in this action

23

are dismissed with prejudice.

24

Dated: August 18, 2011

25
26

_____
United States District Judge

27
28

Order re Joint Stipulation for Dismissal

*Kohler v. Oleanders Capital Group, LLC, et al.*
Case No. 2:10-cv-04685-AHM-AGR